UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT RIVERA,

                Plaintiff,

-against-

ANTHONY ANNUCCI *et al.*,

                Defendants.

19-CV-10425 (NSR)

SUPPLEMENTAL ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

On November 8, 2019, Plaintiff Albert Rivera ("Plaintiff"), proceeding *pro se*, commenced this action against Defendants New York State Department of Corrections and Community Supervision Commissioner Anthony Annucci, Green Haven Correctional Facility ("Green Haven") Superintendent M. Royce, Green Haven Deputy Superintendent of Security A. Russo, Correction Officer T. Ott, and Correction Officer John Doe. (*See* ECF No. 2.) On December 5, 2019, the Court issued an Order of Service to allow Plaintiff to effect service on Defendants Annucci, Royce, Russo, and Ott through the U.S. Marshals Service (the "December 5th Order"). (*See* ECF No. 10 at 2-3.) Service on these four defendants was returned executed January 14, 2020. (*See* ECF Nos. 12-15.)

In the December 5th Order, the Court also issued a *Valentin* Order directing the New York State Office of the Attorney General ("NYOAG"), located at 28 Liberty Street, New York, NY, 10005, to ascertain the identity and badge number of the John Doe Correction Officer that Plaintiff had sought to sue. (ECF No. 10 at 3.) On February 3, 2020, NYOAG informed the Court that the identity of the John Doe Correction Officer is Jhandry Zevallos. (ECF No. 16.) On March 3, 2020, Plaintiff filed an Amended Complaint naming Correction Officer Zevallos as a defendant. (ECF No. 17.)

1

To allow Plaintiff to effect service on Defendant Jhandry Zevallos through the U.S. Marshals Service, the Clerk of the Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form). The service address for Defendant Zevallos is: Green Haven Correctional Facility, 594 Route 216, Stormville, NY, 12582-0010. The Clerk of the Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendant Zevallos.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff and show proof of service on the docket.

Dated: March 4, 2020
       White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**SERVICE ADDRESS**

CORRECTION OFFICER JHANDRY ZEVALLOS
Green Haven Correctional Facility
594 Route 216
Stormville, NY 12582-0010