RECEIVED JUL 28 2020 PRO SE OFFICE

> Application granted. Plaintiff is granted leave to serve and file a Second Amended Complaint by 9/1/2020. Defendants' answer or pre-motion letter and responses to the Local Civil Rule 33.2 discovery requests due by 10/1/2020. Defendants are directed to deliver a copy of this Order to plaintiff. The Clerk is respectfully directed to terminate Defendants' letter-motion (Doc. 29).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> July 31, 2020

[Rivera], 16-A-4080
[   ] ctional Facility
[   ]x 4000
[   ] York 12582-4000
[   ]h, 2020

Re: <u>Rivera v. Annucci</u>,
19-CV-10425 (PMH)

    On or about July 14th, 2020, I received a copy of the letter addressed to the Hon. District Judge Philip M. Halpern from Assistant Attorney General John R. Doran dated July 10th, 2020.

    This letter, after explaining the weakness in my case, requested that the Court schedule a pre-motion conference (Pursuant to Judge Halpern's Individual Rules for Civil Cases, Rule 4 [C]) in anticipation of a motion to dismiss.

    Your Honor, I have just been assigned the assistance of a law clerk knowledgeable in Federal Civil Litigation. Upon gathering all my litigation papers I have discovered that I have lost/misplaced my copy of the Amended Complaint submitted in response to this Court's Valentine Order. As such, I respectfully request that this Court (or the Attorney General) provide me with a copy. I also need a copy of the Docket Sheet so my law clerk can gain a understanding of where my case resides procedurally.

    Furthermore, upon my law clerk's review of Asst. Atty. General Doran's letter, he has informed me that I will most likely need to amend my complaint to repair deficiencies in my pleadings, some of which have been highlighted by Asst. Atty. General. He informs me that we will need to drop Comm. Annucci as a defendant and, most likely, repair my pleadings to show personal involvement of Supt. Royce and Deputy Supt. of Security Russo.

    As such, I respectfully request a copy of the operative pleading in this case and the docket sheet. Upon receipt, within

1

three (3) weeks I will file, with the help of my assigned law clerk, an Amended Complaint along with, if necessary, a formal motion to amend (which he will determine once ascertaining the procedural posture of my case).

God Bless you and thank you for your time and consideration in this very important matter. I appreciate the court's patience and understanding with me, a pro-se litigant, who is a novice in the matters of law and procedure.

Respectfully Yours,

Albert Rivera, 16-A-4080
Green Haven Corr. Facility
P.O. Box 4000
Stormville, N. Y. 12582-4000

cc: Attorney General of the State of New York
Att. Asst. Attorney General John R. Doran
28 Liberty Street
New York, New York 10005

GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Albert Rivera   DIN: 16-A-4080

United States District Court
Southern District of New York
Att: Pro-Se Clerk
500 Pearl Street
New York, New York 10007

RECEIVED
JUL 28 2020
PRO SE OFFICE

Printed on Recycled Paper

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Albert Rivera

DIN: 16-A-4080